# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| In re | |
|---|---|
| **JOSHUA CARL GRIFFIN and ASHLEY MARIE GRIFFIN,** | Case No. **20-90146-BPH** |
| Debtors. | |

# O R D E R

The Chapter 7 Trustee filed a Trustee's Final Report at (ECF No. 18), Notice of Proposed Distribution (ECF No. 19), and an Application for Compensation and Reimbursement of Expenses (ECF No. 20), and notice having been given to all creditors, and no objections having been made by any party in interest.

IT IS ORDERED that the Final Report of the Trustee is approved.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. § 326(a), that compensation to the Trustee for services rendered and reimbursement to the Trustee for expenses incurred are allowed as follows:

| | COMPENSATION | EXPENSES |
|---|---|---|
| Richard J. Samson, Trustee | $822.50 | $200 |

IT IS FURTHER ORDERED that the Trustee disburse the funds remaining in the estate as provided in the Final Report.

Dated May 18, 2021.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

1